UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
for the
GAINESVILLE DIVISION

IN THE MATTER OF: Bank o f America, N. A. v. Andrew g. McLean & Melessia D. McLean

CIVIL ACTION NO: 2:13-cv-233-WCO
BANKRUPTCY CASE NO: 12-23038-REB

N O T I C E

NOTICE IS HEREBY GIVEN that the Notice of Appeal to the United States District Court filed in the United States Bankruptcy Court in the above case was docketed on 10/07/2013.

NOTICE IS FURTHER GIVEN that the time limits for filing and service of briefs are as follows:

> The appellant shall serve and file his brief with the Clerk of the District Court by **10/21/2013**.

> The appellee shall serve and file his brief with the Clerk of the District Court within 15 days after the service of the brief of the appellant.

> The appellant may serve a file a reply brief with the Clerk of the District Court within 10 days after service of the brief of the appellee.

PURSUANT TO LOCAL RULE OF THIS COURT: No hearing on appeal will be granted unless specifically requested at the time briefs are filed, and then only in the discretion of the District Court.

This Notice of Appeal will be transmitted to the United States District Judge, Honorable William C. O'Kelley, for a ruling at the expiration of time for filing of briefs as indicated above, unless a different time is prescribed by Order of the District Court.

Dated:   October 7, 2013

JAMES N. HATTEN, CLERK

By:     s/Stacey Kemp
          Deputy Clerk