# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILE DIVISION

| | |
|---|---|
| In re:<br><br>Terrance Michael Dunn,<br><br>        Debtor. | Case No. 2:13-cv-00223-RWS |
| Bank of America, N.A.,<br><br>        Appellant,<br><br>v.<br><br>Terrance Michael Dunn,<br><br>        Appellee. | |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. BANKR. P. 8001(c)(2)

Bank of America, N.A. ("Bank of America") and Terrance Michael Dunn ("Mr. Dunn") and hereby jointly stipulate that Bank of America and Mr. Dunn are in the process of settling the dispute at issue in this appeal and that, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the Clerk of this Court should dismiss this appeal and charge all outstanding costs to Bank of America.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Kelsey Grodzicki* | /s/ *Soo J. Hong*_____ |
| J. Kelsey Grodzicki (GA Bar 134259) | Soo J. Hong (GA Bar No. 129608) |
| Rubin Lublin LLC | Blevins & Hong, P.C. |
| 3740 Davinci Court, Suite 150 | 191 Roswell Street |
| Peachtree Corners, Georgia  30092 | Marietta, GA 30060 |
| (770) 246-3324 | (678) 354-2290 |
| | |
| *and* | *Terrance M. Dunn* |
| | |
| Craig Goldblatt | |
| Wilmer Cutler Pickering Hale & Dorr LLP | |
| 1875 Pennsylvania Ave., N.W. | |
| Washington, D.C.  20006 | |
| (202) 663-6000 | |

*Counsel for Bank of America, N.A.*

Dated:  October 8, 2013

## **FONT CERTIFICATION**

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 8th day of October, 2013.

>*/s/ J. Kelsey Grodzicki*
>J. KELSEY GRODZICKI
>Georgia Bar No. 134259
>
>*Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of October, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Soo J. Hong
Blevins & Hong, P.C.
191 Roswell Street
Marietta, GA 30060

>  */s/ J. Kelsey Grodzicki*
>  J. KELSEY GRODZICKI
>  Georgia Bar No. 134259
>
>  *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com